Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>YASAM, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-01127-JAK-MRW<br><br>Hon. John A. Kronstadt<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: February 8, 2021<br><br>Trial Date: None Set |

1    The Plaintiff hereby notifies the Court that a global settlement has been

2  reached in the above-captioned case and the Parties would like to avoid any

3  additional expense, and to further the interests of judicial economy.

4    The plaintiff, therefore, applies to this Honorable Court to vacate all currently

5  set dates with the expectation that the Voluntary Dismissal with prejudice, as to all

6  parties, will be filed within 45 days.

7

8

9  Dated: July 28, 2021                                    **MANNING LAW, APC**

10

11                                              By:    _/s/ Joseph R. Manning, Jr.  Esq._
                                                       Joseph R. Manning, Jr., Esq.
12                                                     Attorneys for Plaintiff
                                                       Anthony Bouyer
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28